AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Rebecca Sterner,<br>*Plaintiff*<br>v.<br>Goose Creek Rural Volunteer Fire Department,<br>Robert Maibach, Gary Melton, Steve Varlas,<br>*Defendants* | ) ) ) ) ) ) Civil Action No.    2:21-cv-00009-JD |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is remanded to the Berkeley County Court of Common Pleas without the award of costs and fees to Plaintiff.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Mary Gordon Baker, United States Magistrate Judge.

Date: May 13, 2021                                    *ROBIN L. BLUME, CLERK OF COURT*

                                                                        s/H.Cornwell
                                                            _____
                                                            *Signature of Clerk or Deputy Clerk*